

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

JOSEPH A. PIESCO, JR.
JPIESCO@KASOWITZ.COM
212-506-1955

May 2, 2012

**BY HAND**
Hon. Paul A. Engelmayer
United States District Court
500 Pearl Street, Room 670
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/12
```

Re: *Girault, et al. v. Supersol 661 Amsterdam, LLC, et al.*
Docket No. 1:11-cv-06835-PAE

**MEMO ENDORSED**

Dear Judge Engelmayer:

We represent the defendants, Supersol 661 Amsterdam, LLC, Supersol of the Upper West Side, LLC, Super Sol, Ltd., Supersol of the West Side, LLC, Supersol of Westchester, Inc., Supersol of Queens, Inc., Laurence Garber, and Benjamin Schrier (collectively, "Defendants") in the above-referenced action. We are pleased to report to the Court that a tentative settlement of this putative class action has been reached among the parties. To that end, the parties anticipate filing a motion for preliminary approval of the settlement with the Court shortly.

In light of this potential settlement, the parties respectfully request a stay of all proceedings in this matter (including Defendants' obligation to answer or otherwise move with respect to Plaintiffs' Class Action Complaint) so that the Court may have ample time to consider the parties' settlement proposal and application for the approval of same.

We appreciate the Court's consideration of this request.

Respectfully,

Joseph A. Piesco, Jr.

cc: Richard J. Burch (by email)
    Joseph A. Fitapelli (by email)
    Brian Scott Schaffer (by email)
    Eric Joshua Gitig (by email)

This case remains active. Defendants' time in which to answer or otherwise respond to the complaint or, alternatively, for the parties to file a motion for preliminary approval of the settlement, is extended to June 8, 2012.

SO ORDERED.

Paul A. Engelmayer
USDJ

May 3, 2012